AARON W. TULLIS, Appellant, vs. CHARLES BERGFELD, Respondent.

APPEAL FROM THE DISTRICT COURT OF RAMSEY COUNTY.

The Respondent and Plaintiff below, brought this suit against Aaron W. Tullis, to recover the possession of a quantity of personal property alleged to have been wrongfully and unlawfully taken from the Plaintiff, and unjustly withheld by the Defendant.

The answer admits the taking, but set up that on the 7th day of December, 1855, a judgment was obtained against Joseph Bergfeld, and execution issued thereon and placed in the hands of the Defendant, as Sheriff of Ramsey County.

That he had levied upon the property mentioned in the Plaintiff's complaint, as the property of Josph Bergfeld, by virtue of said execution.

The Plaintiff, in his reply, denied that the same was the property of Joseph Bergfeld.

A jury trial was had, and a verdict given in favor of the Plaintiff.

A motion for a new trial was made, founded upon objections to the jury, taken at the trial of the cause, and upon the admission of certain evidence upon the trial. The motion was denied, and judgment entered in favor of the Plaintiff according to the verdict.

The Defendant appealed from this judgment to the Supreme Court.

The record sent up, presents the full bill of exceptions as settled, with the evidence offered and objections taken at the trial, but no points or authorities are on file.

The judgment of the Court below was reversed, and a new trial ordered.

HOLLINSHEAD & BECKER, Counsel for Appellant.

WILKINSON, BABCOCK & COTTON, and M. E. AMES, Counsel for Respondent.

[No opinion on file in the Supreme Court.]